Scates, Appellant, *v.* Williams.

Argued May 28, 1974. *Julius E. Fioravanti,* for
appellant; *Harold B. Marcus,* with him *Ronald H.*

914

*Sherr,* and *Sherr, Silverman, Warden, Moses and Marcus,* for appellee.

Order affirmed.